# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2265
Lower Tribunal No. 1999-CF-000675

_____

ANTHONY AMOS LALTOO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and WHITE, JJ., concur.


Anthony Amos Laltoo, Chipley, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED